# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TYRONE L. PILLARS,

        Petitioner,        Case Number: 2:10-CV-13105

v.        HONORABLE NANCY G. EDMUNDS

CARMEN PALMER,

        Respondent.
_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Order dated July 15, 2013, this cause of action is DISMISSED.

Dated at Detroit, Michigan this 15th day of July, 2013.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY:   Johnetta M. Curry-Williams
                Deputy Clerk

APPROVED:

s/Nancy G. Edmunds
NANCY G. EDMUNDS
UNITED STATES DISTRICT JUDGE